

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00474-CV

**THERESA ALBRIGHT,**

                                                                    **Appellant**

 **v.**

**NORTH TEXAS ELECTRODIAGNOSTICS
& REHABILITATION P.A. D/B/A DEFINITIVE
REHAB & PAIN MANAGEMENT,**

                                                                    **Appellee**

**From the 40th District Court
Ellis County, Texas
Trial Court No. 94720**

## MEMORANDUM  OPINION

Theresa Albright appealed from the trial court's judgment signed on November 21, 2019.  In a letter dated September 4, 2020, this Court notified Appellant that the appeal was subject to dismissal for want of prosecution if a brief or response showing grounds for continuing the appeal was not filed within 21 days from the date of the letter.  More

than 21 days have passed, and no response has been filed.  Accordingly, this appeal is

dismissed.  TEX. R. APP. P. 42.3(b).



JOHN E. NEILL
Justice

Before Chief Justice Gray,
Justice Davis, and
Justice Neill
Appeal dismissed
Opinion delivered and filed October 7, 2020
[CV06]

